IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-2856-AP**

**ROYCHARLES A. DAVIS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #25), filed June 19, 2013, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  June 21, 2013.

                                                  BY THE COURT:

                                                  *s/John L. Kane*
                                                  JOHN L. KANE, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT