**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Judge John L. Kane

Civil Action No.:   **12-cv-02856-AP**

**ROYCHARLES A. DAVIS**,

                              Plaintiff,

vs.

**CAROLYN COLVIN,**
Acting Commissioner of Social Security,

                              Defendant.

___

**ORDER**
___

The Stipulated Motion for an Award of Attorney Fees (doc. #28), filed August 19, 2013, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant shall pay to Plaintiff, through counsel, reasonable attorney fees in the amount **$4,001.80**.

Dated at Denver, Colorado, this 19th  day of August, 2013.

                                                 BY THE COURT

                                                 *s/John L. Kane*

                                                 UNITED STATES DISTRICT COURT